1

2

3

4

5

6

7

8

9                       **UNITED STATES DISTRICT COURT**

10                      **CENTRAL DISTRICT OF CALIFORNIA**

11

12  KELVIN ANTHONY PEREZ,            )   NO. CV 13-0183 VAP (AS)
                                     )
13              Petitioner,          )
                                     )
14          v.                       )   **ORDER ACCEPTING FINDINGS,**
                                     )
15  W.L. MONTGOMERY, Acting Warden,  )   **CONCLUSIONS AND RECOMMENDATIONS OF**
                                     )
16              Respondent.          )   **UNITED STATES MAGISTRATE JUDGE**
    ─────────────────────────────── )

17

18

19          Pursuant to 28 U.S.C. section 636, the Court has reviewed the

20  Petition, all of the records herein and the attached Report and

21  Recommendation of United States Magistrate Judge.  The Court accepts and

22  adopts the Magistrate Judge's Report and Recommendation.

23

24          IT IS ORDERED that Judgment be entered denying and dismissing the

25  Petition with prejudice.

26

27

28

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,

2  the Magistrate Judge's Report and Recommendation and the Judgment herein

3  on counsel for Petitioner and counsel for Respondent.

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

7    DATED:  May 8, 2014.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE