# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN ANTHONY PEREZ, ) | NO. CV 13-0183 VAP (AS) |
|         Petitioner, ) | |
|     v. ) | JUDGMENT |
| W.L. MONTGOMERY, Acting Warden, ) | |
|         Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 8, 2014.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE